ACCEPTED
03-15-00459-CR
8148511
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 7:31:58 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00459-CR**
**IN THE COURT OF APPEALS, THIRD SUPREME JUDICIAL DISTRICT**

_____

**GEORGE HARRIS**
**Appellant**

v.

**THE STATE OF TEXAS**

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 7:31:58 PM
JEFFREY D. KYLE
Clerk

**Cause No. D-1-DC-14-205001, Travis County, Texas, 427th Judicial District,**
**Honorable Jim Coronado, presiding**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:
COMES NOW, JOSE LUIS AGUIRRE, appellant, pursuant to *U.S.Const.,* Amends.

5 & 14, *Tex.Const.,* Art. I, *Secs.* 13 & 19, and *T.R.A.P.,* not limited to Rules 4.1, 10.5,

38.6 and 38.9, and moves the Court to extend the time for filing appellant's brief

SIXTY (60) days to February 3, 2016, and shows:

**I. PROCEDURAL HISTORY.**

On or about June 23, 2015, appellant, on plea of not guilty, was convicted by jury

of 'burglary of a vehicle-third offender', a state jail. Punishment was enhanced to a

second degree felony range by allegation of two or more prior. On or about July 10,

2015, he was sentenced by the court without jury to 12 years Texas Department of

Criminal Justice- Institutional Division, and no fine.

*Motion for New Trial* was timely filed and overruled by operation of law. *Notice*

*of Appeal* was timely filed. The clerk's record was filed on or about October 21, 2015,

and reporter's record was filed November 4, 2015

**II. NO PREVIOUS EXTENSIONS.**

Appellant has had no extensions to file his brief.

**III. TIME OF MOTION.**

The brief was due Saturday, December 5, 2015. This motion is filed within 15

**[harris-m-brf-ext/p1of3]**

days thereof.

## IV. REASONS FOR EXTENSION OF TIME.
Appellant requests an extension based on the following:

1. Counsel is a solo practitioner without support staff except telephone messaging.

2. Counsel was required to spend a great deal of time in the time since the extension was granted preparing for jury trial in State v. Onkst (Travis County #C1CR13-152734 and 15-405373), which had thousands of pages of documentary evidence or potential evidence, forensic computer experts and handwriting forensic experts for state and defense, as well as numerous state's and defense witnesses. The court had ordered that trial was beginning on 11/30/2015, and there would be no continuances. The cases did settle (after counsel expended over 300 hours of work on them) on November 18, 2015.

3. In the past 30 days, counsel also has represented some 41 clients, with some 73 cases (approximately385/65 appointed or jail-cases) and disposed of some 5 clients and 8 cases.

4. Counsel was out of town and unable to work on the brief because he traveled to be with family from 11/24 to 11/30/15, for Thanksgiving. The closest of counsel's family lives hundreds of miles away, and the family gets together n Dallas for this holiday and Christmas.

5. Christmas would be the 30th day after the brief was due (December 25). Counsel expects to be out of town with his family for Christmas from December 22 to the 29th.

6. Counsel is also working on briefs in two appeals which were perfected and records filed before this case (#01-15-00368-CR, Lamotte v. State, and 03-15-00476-CR, In re Jose Luis Aguirre). He does not expect to complete those before sometime in January, 2016, and thus be able to begin work on this brief before then.

7. Thus, counsel has not have sufficient time to complete the brief by its due date as well as attend to all previously scheduled cases and obligations, and does not reasonably expect to before February 3, 2016. He asks this Honorable Court to extend the time for filing his brief of SIXTY (60) days to February 3, 2016, so that appellant will be given a full and meaningful appeal and accorded due process and due course of law, his right to appeal and effective assistance of counsel.

WHEREFORE, appellant prays this Court grant this motion and extend the time for filing

his brief for SIXTY (60) days to February 3, 2016.

RESPECTFULLY SUBMITTED,

/s/ Christopher P. Morgan

Christopher P. Morgan

**[harris-m-brf-ext/p2of3]**

State Bar No. 14435325
3009 N. IH 35
Austin, Texas 78722
(512) 472-9717 // FAX:  472-9798
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE:** I, Christopher P. Morgan, hereby certify a true copy of the foregoing Motion has been served on the Office of the District Attorney for Travis County, Texas on December 9, 2015, by mail to P.O. Box 1748, Austin, Texas 78767.

/s/ Christopher P. Morgan

Christopher P. Morgan

**[harris-m-brf-ext/p3of3]**